UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SMARTREND MANUFACTURING GROUP (SMG), INC.,

Plaintiff,

v.

OPTI-LUXX INC.,

Defendant.

Case No. 1:21-cv-1009
Case No. 1:22-cv-915

Hon. Hala Y. Jarbou

# JURY VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein, "Smartrend" means the Plaintiff, Smartrend Manufacturing (SMG) Group, Inc. and "Opti-Luxx" means the Defendant, Opti-Luxx, Inc.

As used herein:

The D930 Design Patent refers to U.S. Patent No. D932,930, and the '491 Patent refers to U.S. Patent No.11,348,491.

As used herein, the "Asserted Patents" collectively refers to the '491 Patent and the D930 Design Patent.

---

We, the jury, unanimously agree to the answers to the following questions and return them as our verdict in this case.

## I. INFRINGEMENT

**Question No. 1:** Has Smartrend proven by a preponderance of the evidence that Opti-Luxx has infringed at least one asserted claim of the Asserted Patents?

"Yes" is in favor of Plaintiff, Smartrend, and "No" is in favor of Defendant, Opti-Luxx.

**D930 Design Patent**

Yes ✓ / No _________

**'491 Utility Patent**

Yes ✓ / No _________

If the answer as it relates to either patent is "Yes," proceed to answer the remaining questions. If the answer is "No" to **BOTH**, your deliberations are completed.

## II. DAMAGES

**Question No. 2:** What is the total amount of damages that you find for Opti-Luxx's infringement of the Asserted Patent(s)?

$ 23,307.84

## III. WILLFULNESS

**Question No. 3:** Do you find that Opti-Luxx's infringement was willful?

Yes ✓ / No ________

Dated: 11/29/2023

[signature] FOREPERSON

1:34pm

Evidence Needed

- Both Patents
- Optiluxx signs
- Optiluxx engineering drawings
- Optiluxx email

All evidence will be sent back to you.

2:09

Need New vertict form

TWC

2:17

Verdict
Reached